**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Double Play Oil & Gas, Inc. | § | Case No. 25-20130 |
|    Debtor | § | |
| | § | |

### EMERGENCY MOTION FOR USE OF CASH COLLATERAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.

Represented parties should act through their attorney

Emergency relief has been requested. If the Court considers the motion on an emergency basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the emergency consideration is not warranted, you should file an immediate response..

COMES NOW Double Play Oil & Gas, Inc., Debtor herein, and files this Emergency Motion for Use of Cash Collateral, and in support thereof would show the following:

1. By this Motion, the Debtor seeks interim and final relief allowing it to use cash collateral in the continuing operation of its business.

### JURISDICTION AND PROCEDURAL BACKGROUND

2. On May 5, 2025, (the "Petition Date"), Debtor filed a voluntary petition for relief under subchapter V of chapter 11 (the "Bankruptcy Code") in the United States Bankruptcy Court

for the Southern District of Texas, Corpus Christi Division ("Court"), thereby commencing this chapter 11 case ("Case"). Debtor continues in possession of its property and it is operating and managing its business as a debtor in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The basis for the relief herein is primarily grounded in 11 U.S.C. §363.

**Overview**

5. The Debtor is a small oil and gas operator with properties in Bee, DeWitt, Duval, Goliad, Jim Wells, Karnes, Lavaca, Live Oak, Nueces and Victoria Counties. Its bankruptcy proceeding was precipitated by foreclosure proceedings initiated by Freedom Bank.

**Creditors with a Possible Interest in Cash Collateral**

6. Debtor's counsel has reviewed the UCC financing statements on file with the Texas Secretary of State. Numerous liens appear of record. Debtor has not included lapsed or terminated financing statements on this summary. Debtor has not reviewed the real estate records in every county but is aware that Freedom Bank has filed Deeds of Trust in multiple counties.

| Date | Creditor | Amount | Collateral |
|---|---|---|---|
| 5/20/2019 | Freedom Bank | $283,000.00 | Deeds of Trust |
| 5/23/2020 | US Small Business Administration | $49,182.00 | Blanket lien on personal property assets |
| 06/10/2020 | Corporation Service Company as Representative | Unknown | Future Receipts |
| 9/22/2020 | RDM Capital Funding, LLC | $0 | All assets |

| 1/26/2023 | Corporation Service Company as Representative | Unknown | All personal property |
|---|---|---|---|
| 4/7/2023 | CT Corporation System as Representative | Unknown | All personal property |

7. Certain creditors have chosen to file their UCC-1 financing statements using CT Corporation Service, as representative of Corporation Service Company, as representative. Usually, this is done by Merchant Cash Advance lenders. The Debtor is aware of the following secured creditors on its books and records who are not otherwise accounted for above which are likely the underlying creditors for the anonymous lienholders:

| Blue Grass Lending Group | $105,827.50 |
|---|---|
| On Deck | $77,456.00 |
|  |  |

8. The Debtor has several types of assets. It holds interests in oil and gas wells which are real estate under Texas law. Freedom Bank appears to be the only creditor with a deed of trust interest.

**Debtor's Preliminary Monthly Budget and Expenses**

9. The Debtor's proposed budget for the next month is attached hereto as Exhibit A. Debtor proposes to pay its usual and customary operating expenses. The Debtor's budget reflects income of $16,000.00 per month and expenses of $18,797.11. As a result, Debtor will not be able to pay all of the expenses on the budget. Debtor will give priority to the expenses which directly affect the operation of the oil and gas wells, such as field electr4icity,m fuel and lube for pumping units, field contract labor and supervision and liability insurance.

**NECESSITY FOR REQUESTED RELIEF**

10. Debtor generates Cash Collateral from the operation of its business when it produces oil and gas and sells its products.

11. Debtor can meet its ongoing post-petition obligations only if it borrows funds post-petition or obtains authority for use of Cash Collateral. The Debtor seeks to fund its operations from use of cash collateral

### ARGUMENTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR TEMPORARY AND FINAL USE OF CASH COLLATERAL

12. Debtor requires immediate authority from the Court to use the Cash Collateral in the ordinary course of its business on an interim basis until there is a final hearing on this Motion as well as to borrow funds for its operations.

13. Debtor requests the authority to use cash collateral to operate its business.

14. Under 11 U.S.C. §363(c)(2), the Debtor may not use, sell, or lease the Cash Collateral without the Court's authority or consent. Section 363(e) allows the Court to grant this authority upon the provision of adequate protection to the secured parties.

15. Debtor requires the continued authority to use Cash Collateral beyond the interim period in order to continue its business until a plan of reorganization can be confirmed. Debtor's need to use the Cash Collateral will continue during the pendency of this bankruptcy case.

16. Debtor also requests that this Court schedule a hearing for final approval on the use of Cash Collateral, on notice to creditors and parties in interest, in the event an objection is filed to the terms of the interim order.

17. The immediate and temporary approval for the use of the Cash Collateral is consistent with (i) Bankruptcy Code requirements for maintaining the going concern of a debtor's business operations; (ii) the law under 11 U.S.C. §§ 363 and 361 as to the use of cash collateral and adequate protection; and (iii) facilitating a successful reorganization under chapter 11 of the

Bankruptcy Code.

18. The failure to authorize the immediate use of Cash Collateral on which the secured parties hold liens will result in a swift and significant deterioration of Debtor's business. Failure to gain authority to use, sell, or lease such collateral will result in a cessation of Debtor's business activities.

19. The Bankruptcy Code contemplates a debtor's use of collateral during the reorganization of its business. Sections 102(1) and 363 of the Bankruptcy Code provide that collateral may be used upon notice and opportunity for a hearing appropriate in the particular circumstances. Relief may be authorized without an actual hearing if there is insufficient time available and adequate protection has been provided. 11 U.S.C. § 363(e). The combination of Debtor's emergency needs to satisfy pending obligations and current operating needs, together with the provision of adequate protection are sufficient to authorize the interim use of the collateral as set forth herein.

20. Section 361 of the Bankruptcy Code sets forth various types of adequate protection which Debtor may provide:

    a. making periodic cash payments to the extent that the creditor suffers a decrease in the value of its interest in such property;

    b. granting replacement liens in collateral to compensate the creditor for any decrease in the value of the creditor's interest in such property; or

    c. granting other relief as will result in the realization of the indubitable equivalent of the creditor's interest in collateral.

Additionally, the presence of an equity cushion may be sufficient to provide adequate protection.

21. Debtor proposes to provide adequate protection to the parties with an interest in cash collateral in the following manner.

    a.    The Debtor shall provide all creditors with an interest in cash collateral with a replacement lien upon assets obtained post-petition to the same extent, priority and validity as their pre-petition liens.

    b.    Debtor will maintain insurance upon its assets.

WHEREFORE, Debtor requests that the Court authorize the use, sale, or lease of Cash Collateral on an interim basis and, upon setting and conducting a final hearing, issue a final order authorizing the use, sale, or lease of such cash collateral with the adequate protection to the secured parties as set forth herein; and grant any other and further relief to which Debtor is entitled.

Dated: May 5, 2025                      Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(512) 649-3243

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
*Proposed Counsel for Debtor*

### CERTIFICATE OF SERVICE

    I certify that, on May 5, 2025, a copy of the foregoing Motion was served by first class mail, postage prepaid and properly addressed, or by the Court's CM/ECF noticing system to all parties registered to receive such notice, served on all parties listed on the attached Service List and by email to:

    Daniel.hu@usdoj.gov            jcummings@atlashall.com

                                    /s/ Stephen Sather
                                    Stephen Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-2<br>Case 25-20130<br>Southern District of Texas<br>Corpus Christi<br>Mon May  5 17:38:22 CDT 2025 | Double Play Oil & Gas, Inc<br>PO Box 520<br>Portland, TX 78374-0520 | 2<br>United States Bankruptcy Court<br>1133 North Shoreline Blvd #208<br>Corpus Christi, TX 78401-2042 |
| 2W Services<br>PO Box 1028<br>Goliad, TX 77963-1028 | 3J Services<br>434 Gentry Rd<br>Inez, TX 77968-3340 | 4K Resources<br>118 Crawford Dr.<br>Victoria, TX 77904-9604 |
| AJ Logistics<br>PO Box 3171<br>Alice, TX 78333-3171 | Action Oilfield Constr<br>507 W York St.<br>Ganado, TX 77962-8425 | Advanced Hydrostatic<br>4900 Texoma Pkwy<br>Sherman, TX 75090-2059 |
| Air Equipment<br>406 S. Navigation<br>Corpus Christi, TX 78405-4001 | Alamo Tubing Testers<br>Po Box 2087<br>Alvin, TX 77512-2087 | American Ad Valorem<br>PO Box 6330<br>Corpus Christi, TX 78466-6330 |
| Analysis Laboratories<br>3512 Montopolis Dr<br>Austin, TX 78744-1418 | Black Gold Surveying<br>PO Box 3416<br>Alice, TX 78333-3416 | Blue Grass Lending Group<br>Po Box 919<br>Pewee Valley, KY 40056-0919 |
| Buesing Contract<br>PO Box 12<br>Yorktown, TX 78164-0012 | Buesing Prod Service<br>PO Box 12<br>Yorktown, TX 78164-0012 | COT Oil Tool<br>P.O. Box 1619<br>Giddings, TX 78942-1479 |
| CUDD Energy Services<br>PO Box 203379<br>Dallas, TX 75320-3379 | Carolyn DeCamp<br>P.O. Box 592210<br>San Antonio, TX 78259-0160 | Chemical Conditioning<br>P.O. Box 41<br>Hallettsville, TX 77964-0041 |
| Cimarron Engineering<br>PO Box 1536<br>Kingsville, TX 78364-1536 | Coastal Bend Wellhead<br>4841 Santa Elena<br>Corpus Christi, TX 78405-3621 | Coastal Quick Rent, LLC<br>604 Osage St.<br>Refugio, TX 78377-3229 |
| Cody Smith<br>P.O. Box 1071<br>Hebbronville, TX 78361-1071 | Conard Saltwater<br>400 County RD 152<br>George West, TX 78022-3410 | Continental Pump<br>1013 Hunters Circle<br>Victoria, TX 77905-3969 |
| Cortes Lease Service<br>PO Box 23<br>Ganado, TX 77962-0023 | Croft<br>19230 FM 442 Road<br>Needville, TX 77461-5709 | DS oilfield Construction<br>P.O. Box 3368<br>Alice, TX 78333-3368 |

| | | |
|---|---|---|
| Day County Services<br>183922 E CO Rd. 60<br>Arnett, OK 73832-1780 | Diaz Welding<br>13042 County Road 1296<br>Sinton, TX 78387-5427 | Dinosaur Oilfield Services<br>421 Taos Dr<br>Victoria, TX 77904-3777 |
| Discount Oilfield Equipment<br>PO Box 520<br>Portland, TX 78374-0520 | EG III Trucking LLC<br>Po Box 732951<br>Dallas, TX 75373-2951 | Energy Fishing<br>PO Box 732951<br>Dallas, TX 75373-2951 |
| Fitzpatrick<br>P.O. Box 1149<br>El Campo, TX 77437-1149 | Force Trucking<br>4841 Santa Elena<br>Corpus Christi, TX 78405-3621 | Freedom Bank<br>533 N Alamo Rd<br>Alamo, TX 78516-2307 |
| G&N Construction<br>Po Box 2360<br>Abilene, TX 79604-2360 | GM Compressor<br>Alice, TX 78333 | Galbraith<br>6659 C R 1432<br>Aransas Pass, TX 78336 |
| Genco Energy Services<br>P.O. Box 720130<br>Mcallen, TX 78504-0130 | Great American Financial Svcs<br>Po Box 660831<br>Dallas, TX 75266-0831 | Gulf Coast Lease Service<br>PO Box 1541<br>Mcallen, TX 78505-1541 |
| H & K Well Service<br>P.O. Box 1778<br>Freer, TX 78357-1778 | Hefte<br>13434 Leopard St #A29B<br>Corpus Christi, TX 78410-4466 | J B hunt Contracting<br>940 Live Oak Dr.<br>Inez, TX 77968-3642 |
| Jack Cowley Supply<br>P.O. Box 3546<br>Alice, TX 78333-3546 | Jean Shaw<br>6427 FM 442<br>Boling, TX 77420-9821 | Jose Rodriguez Trucking<br>502 CR 238<br>Ganado, TX 77962-8509 |
| Joy Pearson<br>1710 Palm Valley Dr. W<br>Harlingen, TX 78552-8955 | K & R Operating<br>P.O. Box 4985<br>Houston, TX 77210-4985 | Kent Chopelas<br>220 E San Patricio Ave.<br>Mathis, TX 78368-2348 |
| L.O. Construction<br>PO Box 810<br>Premont, TX 78375-0810 | Lagarto Rentals Tools<br>PO Box 2100<br>Alice, TX 78333-2100 | Lone Star Industries<br>P.O. Box 188<br>Hebbronville, TX 78361-0188 |
| Lynn Shipp<br>P.O. Box 715<br>Sandia, TX 78383 | MAK Land Services<br>615 Leopard St.<br>Corpus Christi, TX 78401-7801 | Martin Water Well<br>2151 N Hwy 77<br>Robstown, TX 78380 |

| | | |
|---|---|---|
| Mesa Southern<br>P.O. Box 458<br>Houston, TX 77001-0458 | Midco Supply<br>P.O. Box 349<br>Ganado, TX 77962-0349 | Moncla Workover<br>P.O. Box 5935, Drawer #2351<br>Troy, MI 48007-5935 |
| Montez Electric<br>Po Box 1310<br>Alice, TX 78333-1310 | Moulton Oilfield Service<br>P.O. Box 4086<br>Alice, TX 78333-4086 | Newman Operating<br>Po Box 448<br>Freer, TX 78357-0448 |
| OK Lease Service<br>Po Box 1092<br>Beeville, TX 78104-1092 | Oilfield Compression<br>2107 Benbow Rd<br>Inez, TX 77968-3319 | On Deck<br>4700 W Daybreak Pkwy Ste 200<br>South Jordan, UT 84009-5133 |
| Paloma Lease Service<br>Po Box 1116<br>George West, TX 78022-1116 | Petroleum Prod Svc<br>Po Box 4238<br>Alice, TX 78333-4238 | Pipeline Measurement<br>Po Box 193<br>Agua Dulce, TX 78330-0193 |
| Pitney Bowes<br>PO Box 981022<br>Boston, MA 02298-1022 | Production Equipment<br>Po Box 2621<br>Corp Christi, TX 78403-2621 | RPM Swabbing Services<br>Po Box 3106<br>Victoria, TX 77903-3106 |
| Ram Gear<br>6150 E Highway 44<br>Alice, TX 78332-7384 | Richard Deal<br>P.O. Box 1170<br>Yorktown, TX 78164-1170 | Rockin B<br>Po Box 1167<br>Kingsville, TX 78364-1167 |
| S&D Vacuum<br>710 Buffalo St Ste 802<br>Corp Christi, TX 78401-1902 | SPN Well Service<br>Po Box 201934<br>Dallas, TX 75320-1934 | Saenz Construction<br>Po Box 1348<br>George West, TX 78022-1348 |
| Sam J. Wostal Estate<br>2732 County Road 476<br>Centerville, TX 75833-1844 | Samson Pump & Supply<br>Po Box 3466<br>Alice, TX 78333-3466 | Sidney Otahal<br>4310 Pecan Bayou Ct<br>Corp Christi, TX 78410-5617 |
| Skilled Oilfield<br>Po Box 963<br>Sinton, TX 78387-0963 | Small Business Administration<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | South Coast Oilfield Service<br>Po Box 520<br>Portland, TX 78374-0520 |
| (p)SOUTHPOINT RENTALS LLC<br>PO BOX 511<br>KINGSVILLE TX 78364-0511 | South Texas Pump & Supply<br>Po Box 864<br>Freer, TX 78357-0864 | Southern Supply<br>Po Box 300<br>Freer, TX 78357-0300 |

| | | |
|---|---|---|
| Stagecoach Way Reserves<br>625 Moray Pl<br>Corp Christi, TX 78411-1915 | Tare Resources<br>P.O. Box 260784<br>Corpus Christi, TX 78426-0784 | Texas Cementing<br>2620 E Corral Ave<br>Kingsville, TX 78363-4102 |
| Texas Downhole Tools<br>164 Leeper Ln<br>Victoria, TX 77904-4917 | Texas Industrial<br>Po Box 590<br>George West, TX 78022-0590 | Tierra Lease<br>Po Box 366<br>Kenedy, TX 78119-0366 |
| US Trustee<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205-2055 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave Nw<br>Washington, DC 20530-0009 | United States Department of Justice<br>US Attorney, Civil Process Clerk<br>601 N. W. Loop 410, Suite 600<br>San Antonio, TX 78216-5597 |
| War Horse Fishing<br>PO Box 1171<br>Alice, TX 78333-1171 | Water Energy Services<br>Po Box 4738<br>Houston, TX 77210-4738 | Stephen Wayne Sather<br>Barron Newburger, P.C.<br>7320 N Mopac Expy<br>Ste 400<br>Austin, TX 78731-2347 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

South Point Rentals
Po Box 511
Kingsville, TX 78364-0511

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Flawless Welding

End of Label Matrix
Mailable recipients   101
Bypassed recipients     1
Total                 102

*DOUBLE PLAY OIL & GAS, INC*
*P O BOX 520*
*PORTLAND TX 78374*
*(361)643-6041*
*FAX (361)643-5041*

**Double Play Oil & Gas, Inc.**
**Monthly Budget Proposal**
**Period: May 2025**

**Purpose:**
This budget outlines the projected expenses for Double Play Oil & Gas, Inc. for the upcoming month. The proposed allocation ensures continuity of office operations, field services, and administrative functions essential for ongoing business activities and increasing production, value and income.

## Projected Monthly Expenses

| Category | Amount |
| --- | --- |
| Internet | $83.43 |
| Office Rent | $4,800.00 |
| Phone Service | $321.00 |
| Office Electricity | $339.00 |
| Storage Unit | $294.00 |
| WolfPak Operating Software | $822.68 |
| Office Supplies | $94.00 |
| Field Electricity | $100.00 |
| Fuel and Lube for Pumping Units | $160.00 |
| Gaugers | $900.00 |
| Contract Clerical/Bookkeeping | $3,500.00 |
| Liability Insurance | $995.00 |

| Category | Amount |
|---|---|
| Field Contract Labor and Supervision | $5,700.00 |
| Postage and Printer | $689.00 |

**Total Projected Monthly Expenses: $18,797.11**

**Estimated Income for May will be approximately $16,000.00**

**Prepared by:**
Glenn Burdine -President

Double Play Oil & Gas, Inc.

May 5, 2025